

RECEIVED

DEC 23 2019

BY MAIL

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN   DIVISION

ALTHEA J STROUD

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of
District Court)*

Plaintiff requests trial by jury:
☒ Yes   ☐ No

*(Write the full name of each plaintiff
who is filing this complaint.   If the
names of all the plaintiffs cannot fit in
the  space  above,  please  write  "see
attached"  in  the  space  and  attach  an
additional  page  with  the  full  list  of
names.)*

**v.**

FARR RENTALS, LLC
MATTHEW FARR,  KATIE FARR,
THE CITY OF CANTON, MO,
JARROD PHILLIPS

*(Write the full name of each defendant.
The caption must include the names of
all of the parties. Fed. R. Civ. P. 10(a).
Merely listing one party and writing "et
al." is insufficient. Attach  additional
sheets if necessary.)*

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date, the full name of a person
known to be a minor, or a complete financial account number. A filing may include only: the last
four digits of a social security number, the year of an individual's birth, a minor's initials, and the
last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness
statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an
application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Althea J.Stroud |
| Street Address | 2716 N 800th Ave |
| City and County | Clayton, Adams |
| State and Zip Code | Il 62324-2902 |
| Telephone Number | 573-719-7636 |
| E-mail Address | ajts.srl@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MATTHEW FARR/dba FARR RENTALS, LLC |
| Job or Title | OWNER |
| Street Address | 509 CLARK ST |
| City and County | Canton, Lewis |
| State and Zip Code | Mo 63435 |
| Telephone Number | 217-430-9185 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Althea J.Stroud |
| Street Address | 2716 N 800th Ave |
| City and County | Clayton, Adams |
| State and Zip Code | Il 62324-2902 |
| Telephone Number | 573-719-7636 |
| E-mail Address | ajts.srl@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | KATIE FARR/dba FARR RENTALS, LLC |
| Job or Title | OWNER |
| Street Address | 509 CLARK ST |
| City and County | Canton, Lewis |
| State and Zip Code | Mo 63435 |
| Telephone Number | 660-341-8885 |
| E-mail Address | kmf1989@icloud.com |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Althea J.Stroud |
| Street Address | 2716 N 800th Ave |
| City and County | Clayton, Adams |
| State and Zip Code | Il 62324-2902 |
| Telephone Number | 573-719-7636 |
| E-mail Address | ajts.srl@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The City of Canton, Mo |
| Job or Title | Mayor Jarod Phillips |
| Street Address | 106 N 5th St, POB 231 |
| City and County | Canton, Lewis |
| State and Zip Code | Mo 63435 |
| Telephone Number | 573-288-4413 |
| E-mail Address | cantonmayor@centurytel.net |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)* Fair housing violations, violations of civil Rights, Deprivation color of skin

42 U.S.C. §3613- Fair Housing enforcement by private persons 10-03.

### A.    Federal question (9) civil action

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. violation Fair Housing Act, discrimination + retaliation Toxic substances control ACT (TSCA), 15 U.S.C. § 2615 (a)

TITLE VIII,CIVIL RIGHTS ACT OF 1968;SECTIONS 801,803,803
(b), 807,817; CIVIL RIGHTS ACT OF 1866; 42 US CODE, CHAPTER
45,FEDERAL HOUSING ACT; 42 U.S.C. 1982-1983; 24 C.F.R.
HOUSING & URBAN DEVELOPMENT, 42 U.S.C. 3601-19; CIVIL
RIGHTS ACT OF 1986; 28 U.S.C. 1332,1343,1367; 18 U.S.C 241;242 Section 810 [42 U.S.C 3610] housing discrimination

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)*    ALTHEA J. STROUD    , is a citizen of the State of *(name)*    ILLINOIS    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)*  MATTHEW FARR, KATIE FARR  , is a citizen

of the State of *(name)*               MISSOURI               *Or* is a citizen

of *(foreign nation)*                                                          .

If the defendant is a corporation

The defendant, *(name)*               FARR RENTALS, LLC               .

is incorporated under the laws of the State of *(name)*

               MISSOURI               , and has its principal place of

business in the State of *(name)*               MISSOURI               *Or*

is incorporated under the laws of the State of *(foreign nation)*

                                                          , and has its principal place

of business in *(name)*                                                          .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000 - The defendant's caused Plaintiff to suffer compensatory damages and this loss was a direct result of an act or acts committed during tenancy and after the tenancy (providing negative references to potential new landlord(s).

Rent abatement: $30,000
relocation fees, hotel, camping
Punitive damages: $50,000 $3,000
nominal damages: TBD

emotional harm $17,000
humiliation
mailing, copying fees, etc $

2.     The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ JARROD PHILLIPS _____ , is a citizen

of the State of *(name)* _____ MISSOURI _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ THE CITY OF CANTON _____ .

is incorporated under the laws of the State of *(name)*

_____ MISSOURI _____ , and has its principal place of

business in the State of *(name)* _____ MISSOURI _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000 - The defendant's caused Plaintiff to suffer an ascertainable loss of money or property and this loss was a result of an act committed during tenancy. It's unlawful to discriminate in the terms, conditions & privileges or in provision of services.

City: Punitive damages $ 50,000
Actual damages $ 3,000
Compensatory damages, nominal damages,
emotional harm, stress, monetary damages $ 47,000
nominal: TBD

mayor: emotional harm, stress & monetary damages $ 100,00.
Compensatory & nominal damages.
nominal: TBD

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:



1. What happened to you? *Retaliation, violation constitutional Rights, Housing Discrimination, violation Civil Rights conspiracy.*
2. When did it happen? *April 2018*
3. Where did it happen? *Canton, Mo*
4. What injuries did you suffer? *Humiliation, emotional stress, financial damages, etc*
5. What did each defendant personally do, or fail to do, to harm you?

Unfair/illegal eviction April 2018, Canton, Mo. Landlord retaliated and discriminated against & terminated tenancy for making a governmental complaint and for complaining about the condition of the property. Termination of tenancy came 6 months after the complaint was made. Matt Farr made a false promise to make all of the requested repairs, conspired with their hired plumber to claim, "no repairs to be made." Landlord's were untruthful, misleading, practiced unfair business practices, committed fraud(no rent due for defecti ), false pretense, omissions and suppression of information, deception, causing Plaintiff, who is an African-American, disabled, Christian with a white disabled, Christian spouse with two inter-racial children to become homeless and causing to lose their home and belongings, the children lost their friends and school. Landlord's failed and refused to make all of the repairs while Plaintiff resided in the unit, but made them after she vacated the premises. The Farr's also slandered, used defamation of character as well as provided negative refernces to potential new landlords, causing Plaintiff and her family to not to be able to obtain another dwelling. The Farr's violated the Fair Housing Act and caused Plaintiff harm by way of damages, emotional distress, humiliation, pain and suffering, stress, punitive and actual damages, as well as an ascertainable loss of money for fraudulently collecting rent for an uninhabitable dwelling. Farr's violated Mo laws & statutes for not making repairs. *and violated Fair Housing Act & Plaintiff's Civil Rights and Constitutional Rights by discriminatory Acts and practices.*

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Actual and punitive damages, economic and emotional harm and stress for intentional discrimination, and whatever relief this Court deems honorable and just.

*Injunctive - expungement or removal of eviction record & a letter of reference, written apology (public made in newspaper).*

## III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

violation of constitutional Rights, Conspiracy,

1.    What happened to you? Housing discrimination, violation Civil Rights
2.    When did it happen? April 2018
3.    Where did it happen? Canton, mo
4.    What injuries did you suffer? Humiliation, emotional stress, financial damages, e
5.    What did each defendant personally do, or fail to do, to harm you?

In April of 2018, The City of Canton and Mayor Jarrod Phillips refused to honor a rental unit inspection request I had made in writing; where landlord failed and refused to make all requested repairs to the property. I spoke with clerk, Mary Earlywine about how to get rental unit inspected for sewer and electrical defects. She stated the request had to be in writing addressed to the mayor before the building inspector could inspect. My request for an inspection was met with the following objection by the mayor, "the city doesn't offer those types of inspections, you will need to contact a realtor in Quincy." The building inspector, Monte Stock, stated he was available and made an appointment to visit the property.  After hand delivering my request, I phoned the building inspector. He later called back to cancel his availability, stating, "I had to get permission from the mayor first." Email requests for the city's housing codes and ordinances were met with a statement via telephone cal from clerk Chrissy Seangmany, "that the city had no housing ordinances or codes." In addition, Plaintiff contended water meter was defective and bills read to high. After Plaintiff vacated the premises repairs were made to the dwelling by landlord and the water meter had been repaired or replaced. It is sufficient to show that race was a consideration of at least several people from the city who personally discriminated Plaintiff, a disabled, black female. The city and its employees are all virtually white with a small black population. The City of Canton and Jarrod Phillips, mayor violated Plaintiff's Constitutional and Civil Rights and violated the Fair Housing Act. The City & its employees lied about the city not having an housing code or ordinances.

## IV.    Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

Actual and punitive damages, economic and emotional harm and stress for intentional discrimination, and whatever relief this Court deems honorable and just.

Injunctive: Housing code enforcement, rent control, property owners required to obtain business license, have each unit inspected before a tenant moves in, making city's codes / ordinances available to landlords & tenants, & mandatory inspections. As well as procedure for violations of property owners & A written apology (made public in newspapers)

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Farr Rentals

```
Actual: rent abatement for entire tenancy (6 years), hotel,
campground, mailing, relocation fees plus interest $33,000
Punitive damages $50,000, for malicious, intentional acts,
and reckless disregard of tenant rights, negative treatment
Monetary damages for emotional harm, stress, $17,000  &
```
nominal damages TBD.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _08th_ day of _December_, 20_19_.

Signature of Plaintiff(s) _Althea J Straw_

6

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.
City/Mayor
Actual damages -over inflated water bill for entire tenancy
(6 years), plust interest$3,000
Punitive damages $50,000, for malicious, intentional acts,
and reckless disregard of tenant rights, negative treatment
Monetary damages for emotional harm, stress, $47,000 &
nominal damages TBD.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 08th day of December, 20 19.

Signature of Plaintiff(s)

6

## NATURE OF THE ACTION

1. This is an action for relief for housing discrimination in violation of the Fair Housing Act 42 U.S.C. §§3601 and Civil Rights Violations under 18 U.S.C.§ 242.

2. Plaintiff alleges that Defendant's Matthew Farr and Katie Farr dba/Farr Rentals, LLC and The City of Canton, Mo and Jarrod Phillips unlawfully and intentionally discriminated against her and her family on the basis of color of skin, race, religion, and familial status.

3. Plaintiff further alleges that Defendants' policies, practices, violations and decisions all arising from the discrimination they established and enforced had a disparate impact upon her based on her color of skin.

4. Failure of the Farr's to cure the defects of the house, warrants damages of full duration of the entire tenancy of the Plaintiff that of rent abatement, including storage fees, relocation fees, copying and mailing fees, plus treble damages, punitive damages, and special damages per Rule 55.19.

5. Since the property was not maintained or kept in a condition that meets minimum health and safety requirements. A landlord is responsible for the care and maintenance of their property.

The City of Canton, Mo and Mayor, Jarrod Phillips had a duty under The City's minimum housing codes and ordinances to inspect defects of the home and to allow for the property to be inspected.

6. Plaintiff is entitled to recover damages from Defendant's jointly and each of them

7

based on the theories of liability and under such other theories of liability as may be appropriate based upon the facts as alleged herein or as revealed during discovery.

7. Plaintiff further alleges Defendant's treated her differently than others seeking [repairs or inspections] housing.

    1. Plaintiff seeks injunctive relief of expungement of eviction, letter of reference to potential landlords, and declaratory relief, compensatory damages, punitive damages, relocation expenses, retroactive rent abatement damages, copying, mailing, costs and fees as remedies for Defendant's violations of her rights.

## THE PARTIES

9. Plaintiff is an African-American, disabled, Christian woman, married to a White, disabled, Christian man, with two (2) inter-racial children.

10. Plaintiff had been renting the house at 207 N 6th St, Canton, Mo 63435 since February 2012 and never had been late or missed rent payments, until two (2) month's rent was withheld for their failure to make the promised requested repairs in March and April 2018.

11. Said property was transferred to Farr Rentals, LLC in 2015. In November 2015, Plaintiff became a renter of Farr Rentals, LLC., by signing their lease.

12. Upon information and belief, Defendant's Farr Rentals. LLC is in the business of service by way of renting properties and maintains multiple properties.

13. Defendant's also own and operate a separate business *Farr Construction* and do

home repairs and or construction and are alleged to be knowledgeable in property defects.

14. All or most of the events alleged herein occurred while Plaintiff was a tenant of Defendant's.

15. Defendant's Matthew Farr and Katie Farr were "landlords" within the meaning of Missouri Law. Who collected rent payments fraudulently for renting a home with defects vital to life and effected quiet enjoyment.

16. Some of the defects affected the ability to participate in one or more major life activities – Reading (electrical) is among the activities and breathing (sewer gas) caused Upper Respiratory Illnesses.

17. Plaintiff is informed and believe and thereon alleges that at all times relevant herein, each of the defendant's are liable for their actions and are responsible in some manner for the occurrences and injuries [damages] alleged in this complaint.

## JURISDICTION AND VENUE

This Court has jurisdiction of Plaintiff's Federal Law claims pursuant to

28 U.S.C. §1343; as this case involves questions of Federal Law.

This Court has Supplemental Jurisdiction over the related State Law claims pursuant to Implied Warranty of Habitability and Missouri Merchandising Practices Act (MMPA) because those claims for part of the same case or controversy under Article 14 Section I of the U.S. Constitution (equal protection of the laws) and due process of law. Plaintiff's State Law claims share all common operative facts with their Federal Law claims and the parties are identical. Resolving Plaintiff's Federal and State

9

claims in a single action serves the interests of judicial economy, convenience, consistency, and fairness to the parties.

## ACTUAL ALLEGATIONS

At all times material to this action, Plaintiff Althea J. Stroud was a tenant of Farr Rentals, LLC., in Canton, Lewis County, Missouri.

On or around 11-01-2015 Matthew Farr and Katie Farr became landlord's of Plaintiff and her husband Keith Stroud and their children.

Venue is proper in, and Defendant's are subject to the personal jurisdiction of this Court because Defendant's are from a different state than Plaintiff.

Plaintiff seeks injunctive relief against Defendant's Matthew Farr and Katie Farr of expungement of eviction, letter of reference to potential landlords, and declaratory relief, compensatory damages, punitive damages, relocation expenses, retroactive rent abatement damages, copying, mailing, costs and fees as remedies for Defendant's violating her rights.  As well as retroactive excess water bill damages, injunctive relief from Defendant's The City of Canton for Housing Code Enforcement by rent control, landlords to be required to obtain a business license, requiring mandatory inspections of all rental units before a tenant moves in, making The City's housing codes and ordinances available to all renters and property owners, assuring each rental is up to code, safe and well maintained, in addition to violations for property owners following these requirements.  Relief from Mayor Jarrod Phillips, declaratory relief, compensatory damages, punitive damages, relocation expenses, copying, mailing, costs and fees as remedies against Defendant's for violations of her rights.  Plaintiff demonstrates the four

*lo*

components of a prima facie case of discrimination. 1) she is a member of a group protected by the Fair Housing Act; 2) she met the minimum qualifications for the rental and had already been a tenant there. In addition, she requested repairs for the defects and the Defendant's Farr Rentals LL failed and refused to make the necessary and inexpensive requested repairs. Plaintiff requested the rental inspection from the Mayor as indicated in The City's codes/ordinances, the Mayor and The City failed and refused to allow for such requested inspection. 3) The Defendant's knowing that Plaintiff was a member of a protected class, rejected or passed over the Plaintiff by terminating tenancy and denying services; and 4) The rental unit remained available (stayed empty) thereafter for over one (1) year to similarly situated persons who are not members of the Plaintiff's protected class and repairs were made to the unit as well as repairs made to the water meter. Section 213.105 [42 U.S.C. § 3604] prima facie of discrimination. Malicious conduct was brought about intentionally through ill will, spite and for the purpose of injuring Plaintiff and her family. Reckless conduct was initiated by Defendant's disregard of Plaintiff's rights and their actions or in-actions reflects complete indifference to Plaintiff and her family's safety or rights. Under Section 213.040 RSMo 2015– unlawful housing practices – discrimination in housing states it is illegal to: refuse to rent or negotiate housing, make housing unavailable, or deny housing,set different terms, conditions or privileges for sale or rental of housing, threaten, coerce or intimidate anyone attempting to exercise their fair housing rights. Plaintiff experienced discrimination from each of the Defendant's by being treated differently from others in a similar situation due to being a member of a protected class, request for repairs/inspections/service were refused, by

ll

being retaliated against for filing a governmental complaint (EPA-lead and DNR-water). Each of the Defendant's violated both Federal and State laws relating to housing discrimination based on color of skin, race, familial status and religion.  42 U.S.C. § 3604.  This Court has jurisdiction under 28 U.S.C. § 1331; 42 U.S.C. § 3604;  42 U.S.C. § 1983; 42 U.S.C. § 3601 – 3619 and 3631.  Plaintiff's housing discrimination complaint for violation of the Fair Housing Act is filed timely, within the two (2) year Statute of Limitations[1]

**SUPPLEMENTAL JURISDICTION**

**COUNT I – VIOLATON OF MISSOURI MERCHANDISING PRACTICES ACT**

2.  Under Missouri law, MMPA R.S.Mo 407.020 makes it unlawful for a business to engage in any deception, misrepresentation, or unfair practice in consumer transactions.  The Act also provides that a consumer who has suffered from such misconduct may sue to recover the amount they lost, and may allow to cover punitive damages. R.S.Mo. 7407.025.  The MMPA prohibits any deceptive or unfair practice in connection with the sale of any merchandise in trade or commerce.  Mo. Ann. Stat.7407.020 (1978).

3.  Defendant's Matt Farr and Katie Farr dba/Farr Rentals, LLC., owed a duty to its tenants, under its care and control.  Defendant's Matthew Farr and Katie Farr breached such duty by either failing or refusing to make all of the repairs to the premises and thus allowing a nuisance to exist, affecting the life, health, and safety of the Stroud household.  Defendant's Mayor, Jarrod Phillips and

---

1  The two year statute of limitations on FHA claims is tolled by statute. 42 U.S.C. § 3613(a)(1)(B).

12

The City of Canton, Mo had a duty to Plaintiff, Althea J. Stroud, to use due care in performing requested inspection and to provided her with correct information pertaining to The City's housing codes and or ordinances to have dwelling inspected for defects pertaining to landlord's failure to perform routine maintenance and or repairs.

4. Defendant's The City of Canton and Mayor Jarrod Phillips, violated Plaintiff's Constitutional Right under the Fair Housing Act by failing and refusing to allow for the house to be inspected for defects.

**COUNT II - VIOLATON OF IMPLIED WARRANTY OF HABITABILITY**

5. Defendant's breached its contract with Plaintiff by refusing and failing to honor the Implied Warranty of Habitability to make all of the repairs, under R.S.Mo § 441.234. This is an unfair practice within the MMPA.

6. Defendant's chose for the sake of false promises, misrepresentations and retaliation to break their promise to Plaintiff; they in effect chose to commit a breach and each time a problem arose that they failed and refused to correct in a timely fashion after being notified.

7. The Defendant's engaged in deceptive or unfair practices, and Plaintiff suffered an ascertainable loss by purchasing he services; as the property was not worth $400 a month; in the defective un-repaired condition, the unit's fair market value is $0. The requested repairs were not made before Plaintiff vacated the premises.

**COUNT III DAMAGES**

13

8. Demand notices were sent to Matthew Farr and Katie Farr; The City of Canton and Mayor Jarrod Phillips.

9. Defendant's were malicious acts an omissions constituting unfair practices below the standards of minimum housing codes and individually and or collectively caused injury and or damages to the Plaintiff, Althea J. Stroud, and her family.

10. The City of Canton and Mayor Jarrod Phillips are liable for personal injury for allowing inadequate housing conditions and failure to inspect the premises.

11. Plaintiff and her family were harmed by the defendant's actions, causing her and her family to be homeless, humiliated, embarrassed, and but not limited to being degraded as a result of their illegal and discriminatory actions.

12. Civil Rights are guaranteed by the Constitution.

13. 42 U.S.C §1982 bars all racial discrimination, private, as well as public, in the sale or rental of property, and that the Statute, is a valid exercise of the power of Congress to enforce the 13th Amendment §1982 part of the Civil Rights Act of 1866 appears to prohibit all discrimination against Negroes in the sale or rental of property.

**WHEREFORE**, Plaintiff demands trial by jury on based on Federal questions and all supplemental counts and judgment as to all Defendant's jointly and severally for monetary damages in such amount for actual damages, treble damages under special damages Rule 55.19, punitive damages as the evidence may show, judgment for punitive damages and reasonable fees for costs and expenses associated with litigation, including

14

costs of court and such other further relief as the Court may deem equitable and just.

Plaintiff prays that the Court enter judgment in favor of Plaintiff and against each of the defendant's in an amount that is fair and reasonable, for additional award for any other relief the Court deems proper and each of them as follows:

1. For general and special damages (special damages, per Rule 55.19).

2. For Plaintiff's reasonable costs incurred herein.

3. For such other and further relief as to the court seems just in premises.

DATED this 18th day of December 2019.

## JURY DEMAND

### The Plaintiff hereby demands a JURY TRIAL

Respectfully Submitted,

Althea J. Stroud, SRL
2716 N 800th Ave
Clayton, Il 62324
ajts.srl@gmail.com
573-719-7636

## CERTIFICATE OF SERVICE

I certify that, on 12/  /2019, I filed the foregoing with the <u>U.S. District Court</u> at this address: 111 South 10th St, St. Louis, Mo 63102.

Respectfully Submitted,

ALTHEA J. STROUD, SRL
2716 N. 800 Ave
Clayton, IL 62324
ajts.srl@gmail.com
573-719-7636

15